UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANDEEP SINGH, on behalf of himself and others similarly situated,<br><br>          Plaintiff,<br><br>    v.<br><br>JOGINDER FOOD MART INC. d/b/a Shell Food Mart, JOGINDER SINGH a/k/a Joginder Singh Bhagtana, and BACCHAN SINGH a/k/a Bachan Singh,<br><br>          Defendants. | **JUDGMENT**<br><br>Civil Action No.: 7:20-cv-9590-PMH |

  **WHEREAS,** Plaintiff Mandeep Singh commenced this action by filing a complaint on or about November 17, 2020, alleging he is entitled to unpaid wages and other damages from Defendant Joginder Food Mart Inc. d/b/a Shell Food Mart;

  WHEREAS, Defendant Joginder Food Mart Inc. d/b/a Shell Food Mart has denied any and all liability arising out of Plaintiff's allegations;

  WHEREAS, on May 6, 2021, Defendant Joginder Food Mart Inc. d/b/a Shell Food Mart served Plaintiff with an Offer of Judgement pursuant to Rule 68 of the Federal Rules of Civil Procedure (FRCP);

  WHEREAS, on May __, 2021, Plaintiff accepted the Offer of Judgment, and therefore it is hereby:

  ORDERED, ADJUDGED, AND DECREED, that Plaintiff takes judgment against Defendant Joginder Food Mart Inc. d/b/a Shell Food Mart for the total sum of $34,000.00 in full satisfaction of all claims against Defendant; said $34,000.00 offer being inclusive of all costs, disbursements, and attorneys' fees in Plaintiff's favor. The Judgment is made for the purposes

specified in Rule 68 of the FRCP and is not to be construed as an admission of liability by Defendant.

Dated: May __, 2021
       New York, New York

                                        **SO ORDERED:**

                                        _____
                                        Philip M. Halpern
                                        United States District Judge