UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANDEEP SINGH, on behalf of himself and others similarly situated,

                       Plaintiff,

v.

JOGINDER FOOD MART INC. d/b/a Shell Food Mart, JOGINDER SINGH a/k/a Joginder Singh Bhagtana, and BACCHAN SINGH a/k/a Bachan Singh,

                       Defendants.

**JUDGMENT**

Civil Action No.: 7:20-cv-9590-PMH

**WHEREAS,** Plaintiff Mandeep Singh commenced this action by filing a complaint on or about November 17, 2020, alleging he is entitled to unpaid wages and other damages from Defendant Joginder Food Mart Inc. d/b/a Shell Food Mart;

WHEREAS, Defendant Joginder Food Mart Inc. d/b/a Shell Food Mart has denied any and all liability arising out of Plaintiff's allegations;

WHEREAS, on May 6, 2021, Defendant Joginder Food Mart Inc. d/b/a Shell Food Mart served Plaintiff with an Offer of Judgement pursuant to Rule 68 of the Federal Rules of Civil Procedure (FRCP);

WHEREAS, on May <u>13</u>, 2021, Plaintiff accepted the Offer of Judgment, and therefore it is hereby:

ORDERED, ADJUDGED, AND DECREED, that Plaintiff takes judgment against Defendant Joginder Food Mart Inc. d/b/a Shell Food Mart for the total sum of $34,000.00 in full satisfaction of all claims against Defendant; said $34,000.00 offer being inclusive of all costs, disbursements, and attorneys' fees in Plaintiff's favor.  The Judgment is made for the purposes

1

specified in Rule 68 of the FRCP and is not to be construed as an admission of liability by Defendant.

Dated:  May 24, 2021
       White Plains, New York

                                          **SO ORDERED:**

                                          _____
                                          Philip M. Halpern
                                          United States District Judge